■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHUAIB ABDUR RAHEEM, Also Known as CARY EARL ROBINSON, Appellant.—Judgment of the Supreme Court, Kings County, rendered August 5, 1974, affirmed. The case is remitted to the Criminal Term so that defendant may be sentenced *nunc pro tunc* on Count No. 15 of the indictment (see *People v Rahman,* 52 AD2d 640). Martuscello, Acting P. J., Christ, Shapiro, Titone and Hawkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ABDALLAH RAHMAN, Appellant.—Judgment of the Supreme Court, Kings County, rendered August 5, 1974, affirmed. The case is remitted to the Criminal Term so that defendant may be sentenced *nunc pro tunc* on Count No. 15 of the indictment. Defendant was found guilty of Count No. 15 of the indictment, but, due to an oversight and to misinformation provided to it, the trial court neglected to sentence defendant on this count. Accordingly, sentence must be imposed, as of the date of the original sentencing. Martuscello, Acting P. J., Christ, Shapiro, Titone and Hawkins, JJ., concur.